**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                        No. 4:07CR00287 JLH

CARLOS PRICE                                                                           DEFENDANT

**ORDER**

Carlos Price has filed a motion to correct his sentence under 28 U.S.C. § 2255. Price was sentenced to the mandatory minimum of fifteen years under the Armed Career Criminal Act, 18 U.S.C. § 924(e). Price argues in his motion that pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015), he no longer has three prior offenses that qualify as violent felonies. On Price's argument, he would have only one offense that qualifies as a violent felony.

The United States has responded to Price's motion and concedes that he is entitled to relief. The United States argues, however, that Price has two offenses that would qualify as violent felonies.

Price's motion to correct his sentence will therefore be GRANTED. Document #43. A new sentencing hearing will be scheduled by separate order.

IT IS SO ORDERED this 16th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE